IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| WESLEY BERRYHILL | § | CIVIL ACTION NO. 23-cv-00235 |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF EDINBURG | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant and Plaintiff, and pursuant to Local Rule 16.3, advise the Court that Plaintiff has settled his claims against Defendant in the above-styled and numbered cause. The parties will submit an Agreed Stipulation of Dismissal within 30 days.

Signed on October 10, 2024.

Respectfully submitted,

By: _____

      Heather Scott
      State Bar No. 24046809
      USDC Adm. No. 575294
      Email: hscott@gsmtxlaw.com
      *Of Counsel*

      R.D. "Bobby" Guerra
      *Attorney In Charge*
      State Bar No. 08578640
      USDC Adm. No. 5949
      Email: rdguerra@gsmtxlaw.com

      GUERRA, SCOTT & MOLINA, P.L.L.C.
      10123 N. 10th Street
      McAllen, Texas 78504
      Telephone: (956) 541-1846
      Facsimile: (956) 541-1893
      *Of Counsel*
      **ATTORNEYS FOR DEFENDANT**

By: /s/ Mauro F. Ruiz
      _____

      Mauro F. Ruiz
      State Bar No. 24007960
      USDC Adm. No. 23774
      Email: mruiz@mruizlaw.com

      *Attorney In-Charge*
      RUIZ LAW FIRM
      118 West Pecan Blvd.
      McAllen, Texas 78501
      Telephone: (956) 259-8200
      Telecopier: (956) 259-8203
      *Of Counsel*
      **ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has on October 10, 2024, been forwarded to all counsel of record as noted hereunder:

*<u>Via Electronic Notice</u>*
Mr. Mauro F. Ruiz
Ruiz Law Firm, P.L.L.C.
118 West Pecan Blvd.
McAllen, TX 78504


By: _____
           Heather Scott